UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

RACHELLE LESANE,

   Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., ARS ACCOUNT
RESOLUTION, and EMERGENCY
PHYSICIANS OF NEW JERSEY, P.A.,

   Defendants.

_____/

CASE NO.:  2:19-CV-18131-SDW-LDW

Judge:  Susan D. Wigenton
Magistrate Judge:  Leda D. Wettre

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiff, Rashelle Lesane ("Plaintff"), and the Defendant, ARS Account Resolution Services, LLC (incorrectly named as ARS Account Resolution), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, ARS Account Resolution Services, LLC only, in the above styled action, with Plaintiff and Defendant, ARS Account Resolution Services, LLC, to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of February, 2020.

| | |
|---|---|
| */s/ Steven A. Jayson* | */s/     Monica M. Littman* |
| Steven A. Jayson, Esquire | Richard J. Perr |
| Ameri Law Firm | Monica M. Littman |
| 58 Main Street, Fl. 3 | Kaufman Dolowich & Voluck, LLP |
| Hackensack, New Jersey 07601 | Two Logan Square Center |
| Telephone (201) 880-8999 | 100 N. 18th St., Suite 701 |
| Facsimile: (201) 580-4311 | Philadelphia, PA 19103 |
| Email: steven.jayson@amerilawfirm.com | Telephone: (215) 501-7002 |
| *Attorney for Plaintiff* | Facsimile:  (215) 405-2973 |
| | rperr@kdvlaw.com |
| | mlittman@kdvlaw.com |
| | *Attorneys for Defendant, ARS Account* |
| | *Resolution Services, LLC* |

## <u>CERTIFICATE OF SERVICE</u>

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

Steven A. Jayson, Esquire
Ameri Law Firm
58 Main Street, Fl. 3
Hackensack, NJ 07601
Steven.jayson@amerilawfirm.com
Boris Brownstein, Esquire
Clark Hill PLC,
210 Carnegie Center, Ste. 102,
Princeton, NJ 08540
bbrownstein@clarkhill.com

Dorothy A. Kowal, Esquire
Price, Meese, Shulman & D'Arminio, PC
50 Tice Boulevard
Woodcliff Lake, NJ  07677
dkowal@pricemeese.com

**/s/ Monica M. Littman**
**MONICA M. LITTMAN**

Dated:  February 14, 2020

{01656263;v1}

4837-1112-0564, v. 1